UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                    : BKY. NO. 19-12325 mdc
KATHLEEN GOSSER                                              :
                                                                              : CHAPTER 13

ORDER GRANTING ADDITIONAL TIME TO FILE
SCHEDULES, STATEMENTS OF AFFAIRS AND PLAN

AND NOW, this 25th day of April, 2019, Debtors' Motion to Extend Time to file is granted. The time to file all schedules and additional documents is extended to May 9, 2019.

BY THE COURT:

_____
                                                        B.J.

Copies to:

Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Boulevard
Langhorne, PA 19047

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

Assistant U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107