United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kathleen Gosser  
       Debtor

Case No. 19-12325-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Apr 26, 2019  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.  
db            +Kathleen Gosser,    327 Monroe Street,    Bristol, PA 19007-4105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:  
        KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
        MICHAEL P. KELLY    on behalf of Debtor Kathleen   Gosser mpkpc@aol.com, r47593@notify.bestcase.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                               TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : BKY. NO. 19-12325 mdc
KATHLEEN GOSSER  :
 : CHAPTER 13

**ORDER GRANTING ADDITIONAL TIME TO FILE**
**SCHEDULES, STATEMENTS OF AFFAIRS AND PLAN**

AND NOW, this 25th day of April, 2019, Debtors' Motion to Extend Time to file is granted. The time to file all schedules and additional documents is extended to May 9, 2019.

BY THE COURT:

_____
Magdeline D. C_____
B.J.

Copies to:

Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Boulevard
Langhorne, PA 19047

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

Assistant U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107