CESARE'S PIZZA  BRISTOL, PA 19007

Employee: KATHLEEN GRACE GOSSER - KAT
Ck Date: 04/30/2019    Ck Num:
Pay Period: 04/22/2019 - 04/28/2019

| Type | Rate | Hours | Pay |
|---|---|---|---|
| Reg | 2.83 | 16.00 | 45.28 |

|  | --Current-- | --YTD-- |
|---|---|---|
| REGULAR: | 45.28 | 45.28 |
| OTHER #1: | 0.00 | 0.00 |
| OTHER #2: | 0.00 | 0.00 |
| TIPS REPT: | 64.00 | 64.00 |
| GROSS PAY: | 109.28 | 109.28 |
| INC TAX: | 0.00 | 0.00 |
| SOC SEC: | 6.78 | 6.78 |
| MEDICARE: | 1.58 | 1.58 |
| STATE: | 3.35 | 3.35 |
| SDI: | 0.07 | 0.07 |
| LOCAL: | 0.00 | 0.00 |
| MED INS: | 0.00 | 0.00 |
| ATT INC: | 0.00 | 0.00 |
| TIP REP: | 64.00 | 64.00 |
| NET PAY: | 33.50 | 33.50 |

46942

| Payroll No | Pay Freq | Tax Status |
|---|---|---|
| Division No | Weekly | Single |
| Home Dept No | Start Date 02/17/2019 | Federal |
| | End Date 02/23/2019 | (W) PA |
| Net Pay | Check Date 03/01/2019 | No Status |
| | (R) | |

| | | Vacation Hours | Personal Hours | Balances | | |
|---|---|---|---|---|---|---|

### Current Earnings

| Pay Desc | Rate | Hours | Curr Amt |
|---|---|---|---|
| | 8700 | 9750 | 8349 |
| | | | 26400 |

### Year-to-Date Earnings

| Pay Desc | Hours | YTD Amt |
|---|---|---|
| Regular Pay | 250.25 | 70823 |
| Reported Tip | | 238800 |

### Taxes

| Tax Desc | Curr Amt | YTD Amt |
|---|---|---|
| Federal WH | 29.20 | 759.04 |
| OASDI | 21.54 | 191.96 |
| Medicare | 5.04 | 44.90 |
| PA State WH | 10.67 | 95.02 |
| PA-EE SUI | 0.21 | 1.84 |
| PA-Loc-LST Bet | 0.00 | 10.00 |

### Deductions/Monies

| Ded Desc | Curr Amt | YTD Amt |
|---|---|---|

| | | Pay Freq. | Weekly | | Tax Status | | Deps |
|---|---|---|---|---|---|---|---|
| Payroll No. | 163 | Start Date | 02/03/2019 | (F) Federal | Single | | 0 |
| Division No. | 0 | End Date | 02/09/2019 | (W) PA | No Status | | |
| Home Dept No. | 2 | Check Date | 02/15/2019 | (R) | | | |
| Net Pay | 17.24 | | | | | | |

### Current Earnings

| Hours | CurrAmt | PayDesc | Hours | YTD Amt |
|---|---|---|---|---|
| 39.50 | 91.98 | 0 Regular Pay | 189.25 | 535.59 |
| | 291.00 | 6 Reported Tip | | 1,759.00 |

### Year-to-Date Earnings / Taxes

| TaxDesc | CurrAmt | YTD Amt |
|---|---|---|
| Federal WH | 33.46 | 189.65 |
| OASDI | 23.74 | 142.26 |
| Medicare | 5.55 | 33.27 |
| PA State WH | 11.76 | 70.46 |
| PA-EE SUI | 0.23 | 1.36 |
| PA Loc-LST Ber | 0.00 | 10.00 |

### Deductions

| DedDesc | CurrAmt |
|---|---|