**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

RE:  : BKY. NO. 19-12325
KATHLEEN E. GOSSER  :
 : CHAPTER 13

### CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the First Amended Chapter 13 Plan upon all priority creditors, all secured creditors, the Chapter 13 Trustee, the United States Trustee and on all other creditors who are adversely affected by the changes to the original plan on the 23rd day of August, 2019, by electronic mail and/or first class mail, postage prepaid.  All creditors on the claims docket have been served at the addresses requested for notices on their Proof of Claims.  There are no student loan obligations in this case.

August 23, 2019                               /s/ Michael P. Kelly
                                              Michael P. Kelly, Esquire
                                              Attorney for Debtor(s)
                                              Suite 202 - Penn's Square
                                              402 Middletown Blvd.
                                              Langhorne, PA    19047
                                              (215) 741-1100
                                              fax (215) 741-4029
                                              email:  mpk@cowanandkelly.com

## **SERVICE LIST**

Kathleen E. Gosser – by regular mail
327 Monroe Street
Bristol, PA 19007

Assistant U.S. Trustee - by CM/ECF
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

William C. Miller – by CM/ECF
P.O. Box 1229
Philadelphia, PA 19105

Kevin G. McDonald, Esquire – by regular mail
KML Law Group, PC
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Rebecca A. Solarz, Esquire – by regular mail
KML Law Group, PC
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Synchrony Bank – by regular mail
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

Cavalry SPV I, LLC – by regular mail - Claims Docket
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Discover Bank – by regular mail – Claims Docket
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

Quicken Loans, Inc. – by regular mail – Claims Docket
635 Woodward Avenue
Detroit, MI 48226

Capital One, NA – by regular mail – Claims Docket
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Midland Funding, LLC – by regular mail – Claims Docket
P.O. Box 2011
Warren, MI 48090

TD Bank USA NA – by regular mail – Claims Docket
c/o Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121

Portfolio Recovery Associates, LLC – by regular mail – Claims Docket
P.O. Box 41067
Norfolk, VA 23541

AR Resources, Inc. – by regular mail
Attn:   Bankruptcy
P.O. Box 1056
Blue Bell, PA 19422-0287

Amex/Bankruptcy – by regular mail
Correspondence
P.O. Box 981540
El Paso, TX 79998-1540

Barclays Bank Delaware – by regular mail
Attn: Correspondence
P.O. Box 8801
Wilmington, DE 19899-8801

Department Store National Bank/Macy's – by regular mail
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040-8999

Kohls/Capital One – by regular mail
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Midland Funding – by regular mail
2365 Northside Dr., Ste. 300
San Diego, CA 92108-2709

Tnb-Visa(TV)-Target – by regular mail
c/o Financial & Retail Services
Mailstop BV
P.O. Box 9475
Minneapolis, MN 55440-9475

USAA Federal Savings Bank – by regular mail
Attn: Bankruptcy
10750 McDermott Freeway
San Antonio, TX 78288-1600

Verizon – by regular mail
Verizon Wireless Bk Admin
500 Technology Dr., Ste. 550
Weldon Springs, MO 63304-2225