**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : BKY. NO. 19-12325
KATHLEEN E. GOSSER :
: CHAPTER 13

CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received to the Notice and Application for Compensation dated October 30, 2019 within the time allowed by law.

DATED: November 21, 2019      /s/ Michael P. Kelly
                              Michael P. Kelly, Esquire
                              Suite 202 - Penn's Square
                              402 Middletown Blvd.
                              Langhorne, PA    19047
                              (215) 741-1100
                              Fax (215) 741-4029
                              Email:  mpk@cowanandkelly.com