# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kathleen Gosser aka Kathleen Grace<br>　　　　　　　　　Debtor(s) | |
| Quicken Loans Inc.<br>　　　　　　　Movant | Chapter 13 |
| vs. | |
| Kathleen Gosser aka Kathleen Grace<br>　　　　　　　　　Debtor(s) | NO. 19-12325 MDC |
| and William C. Miller Esq. | |

## ORDER

AND NOW, this 4th day of December, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Quicken Loans Inc., to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 327 Monroe Street Bristol, PA 19007.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Kathleen Gosser aka Kathleen Grace
327 Monroe Street
Bristol, PA 19007

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Michael P. Kelly
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532