**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                    Chapter 13

                    Bankruptcy No. 19-12325-MDC

KATHLEEN GOSSER

327 MONROE STREET

BRISTOL, PA 19007-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KATHLEEN GOSSER

327 MONROE STREET

BRISTOL, PA 19007-

Counsel for debtor(s), by electronic notice only.

MICHAEL P. KELLY
402 MIDDLETOWN RD., SUITE 202
202 PENN SQUARE
LANGHORNE, PA 19047-

/S/ William C. Miller
_____

Date: 12/5/2019

William C. Miller, Esquire
Chapter 13 Standing Trustee